USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH BUCKLEY,<br>      Plaintiff,<br><br>  -against-<br><br>THE METROPOLITAN TRANSPORTATION AUTHORITY; MTA Police Officer STEPHEN MEARS, Shield #764; and MTA Police Officer DANILO RODRIGUEZ, Shield # 2096,<br><br>      Defendants. | No. 19-CV-1683 (LAK)(JLC)<br><br>**ORDER** |

**JAMES L. COTT, United States Magistrate Judge.**

By Order dated November 8, 2019 (Dkt. No. 30), the Court scheduled a status conference in this case for April 24, 2020 at 10:00 a.m. in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. Given the state's extension of the current stay-at-home policy, the April 24 conference will now be held telephonically rather than in person. Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). All of the other terms of the November 8 Order are hereby incorporated by reference.

  **SO ORDERED.**

Dated: April 6, 2020
   New York, New York

                     _____
                     JAMES L. COTT
                     United States Magistrate Judge