USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/24/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEREMIAH BUCKLEY,                                             :
                                                              :
           Plaintiff,                                 :      **ORDER**
                                                              :
    -v-                                                      :      19-CV-1683 (LAK) (JLC)
METROPOLITAN TRANSPORTATION                                   :
AUTHORITY, *et al.*,                                          :
                                                              :
           Defendants.                                :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held a status conference yesterday.  As discussed, the Court will issue a separate order scheduling a settlement conference before the Court on **September 16, 2020, at 2:15 p.m.**  The parties should contact chambers on the Court's conference line, (877) 873-8017 (Access Code: 5277586), on **September 10, 2020 at 2:15 p.m.** to discuss whether the conference will proceed in person or by telephone.

      In addition, it is HEREBY ORDERED that, if the case is not settled, the parties are directed to file their pretrial papers by **October 20, 2020,** in accordance with Judge Kaplan's Individual Rules of Practice.

      **SO ORDERED.**

Dated: June 24, 2020
       New York, New York

                                                               JAMES L. COTT
                                                         United States Magistrate Judge