USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/26/2021____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH BUCKLEY,
                Plaintiff,

-against-

THE METROPOLITAN TRANSPORTATION AUTHORITY; MTA Police Officer STEPHEN MEARS, Shield #764; and MTA Police Officer DANILO RODRIGUEZ, Shield # 2096,

                Defendants.

No. 19-CV-1683 (JLC)

**JUDGMENT**

The issues in the above-captioned action having been brought on for trial before the Honorable James L. Cott, United States Magistrate Judge, and a jury beginning on October 20, 2021, and on October 26, 2021 the jury having returned a verdict in favor of the defendants, it is

**ORDERED, ADJUDGED AND DECREED that judgment is entered for the defendants and the complaint is hereby dismissed.**

**SO ORDERED.**

Dated: October 26, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge