```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH BUCKLEY,

          Plaintiff,

-against-

THE METROPOLITAN TRANSPORTATION AUTHORITY; MTA Police Officer STEPHEN MEARS, Shield #764; and MTA Police Officer DANILO RODRIGUEZ, Shield # 2096,

          Defendants.

**ORDER**

No. 19-CV-1683 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    Plaintiff Jeremiah Buckley, proceeding *pro se*, has filed a notice of appeal in this action. Since that time, he has periodically left voice mail messages in the Chambers mailbox with a variety of questions about his case. Mr. Buckley is hereby advised that any requests or questions must be submitted to the Court in writing, rather than by calling Chambers. Any requests or questions can be mailed to the Court's attention at 500 Pearl Street New York, New York 10007. Mr. Buckley is also encouraged to reach out to the New York Legal Action Group ("NYLAG"), which provides legal advice to *pro se* litigants. NYLAG can be reached at https://nylag.org/pro-se-clinic/ or (212) 659-6190 and may be able to offer assistance.

    **SO ORDERED.**

Dated: February 10, 2022
       New York, New York

                                                  _____
                                                JAMES L. COTT
                                                United States Magistrate Judge

**A copy of this Order has been mailed to:**

Jeremiah Buckley
630 E. 221st Street, Apt. 4F
Bronx, NY 10467